FILED
RICHARD W. NAGEL

2022 DEC -2  PM 2: 10

SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. **3:20CR105(2)** |
| Plaintiff, | : | **JUDGE MICHAEL J. NEWMAN** |
| v. | : | |
| | | **SUPERSEDING INFORMATION** |
| **ROBERT SHELLY HARRISON, JR.,** | : | **18 U.S.C. § 4** |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1
### (Misprison of Felony)
### [18 U.S.C. § 4]

Beginning on an exact date unknown, but at least by on or about March 1, 2020 and continuing through on or about March 12, 2020, while in the Southern District of Ohio, defendant **ROBERT SHELLY HARRISON, JR.**, having knowledge of certain felonies committed by his stepson **DARYL ROBERT HARRISON** cognizable by a court of the United States, to wit: conspiracy to commit mail and wire fraud, mail fraud and wire fraud in violation of 18 U.S.C. §§ 1349, 1341 and 1343 respectively, did conceal the same by providing incomplete, inaccurate, evasive and otherwise deceptive answers to specific questions posed to him about said felony crimes by agents of the United States Secret Service during a search warrant executed at his residence located at 9274 Great Lakes Circle, Centerville, Ohio, and did not as soon as possible make known the same to some judge or other person in civil authority under the United States.

In violation of 18 U.S.C. § 4.

KENNETH L. PARKER
United States Attorney

DWIGHT K. KELLER
Assistant United States Attorney